IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVELYN GOMEZ,** *Plaintiff* | § § § | |
| v. | § § | A-21-CV-01127-SH |
| **WAL-MART STORES TEXAS, LLC,** *Defendant* | § § § | |

# FINAL JUDGMENT

Before this Court is the Agreed Motion to Dismiss with Prejudice filed January 31, 2023 (Dkt. 26). The Parties notify the Court that they have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Agreed Motion to Dismiss with Prejudice and **ORDERS** that all claims brought by Plaintiff Evelyn Gomez against Wal-Mart Stores Texas, LLC in this suit are **DISMISSED** with prejudice. All taxable costs of court shall be taxed against the party incurring same.

This Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** this 31st day of January, 2023.

_____
**SUSAN HIGHTOWER**
**UNITED STATES MAGISTRATE JUDGE**